**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION**

CASE NO. 4:18-10206-CIV-KING/REID

RICHARD KARL MORK,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

_____/

**FINAL ORDER OF DISMISSAL**

THIS CAUSE is before the Court on the July 1, 2020 Report and Recommendation ("R&R") (DE 18) of Magistrate Judge Lisette M. Reid. Plaintiff failed to object to the R&R, and the time to do so has passed.

The R&R recommends denying Plaintiff's Motion to Vacate Sentence (DE 1) pursuant to 28 U.S.C. § 2255, reasoning that Plaintiff has not shown that his trial counsel was so ineffective as to warrant vacating his sentence.

Upon consideration of the record and the R&R, the Court finds that Magistrate Judge Reid's well-reasoned R&R accurately states the law of the case. Therefore, it is **ORDERED, ADJUDGED and DECREED** that:

1. Magistrate Judge Lisette M. Reid's Report and Recommendation **(DE 18)** be, and the same is, hereby **AFFIRMED and ADOPTED** as an Order of this Court;
2. Plaintiff's Motion to Vacate is hereby **DENIED** on the merits;
3. No Certificate of Appealability shall issue; and
4. The Clerk of Court shall **CLOSE** this case.

2

**DONE AND ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 27th day of October, 2020.

                                                            _____
                                                            JAMES LAWRENCE KING
                                                            UNITED STATES DISTRICT JUDGE

**cc:**
     **All counsel of record**